■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KASSIE VAN EVERY, Also Known as LEE KARY, Also Known as ROCHELLE WILLIS, Appellant. (Appeal No. 1.) [758 NYS2d 891] —Appeal from a judgment of Supreme Court, Erie County (Forma, J.), entered July 20, 2000, convicting defendant upon her plea of guilty of, inter alia, robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pine, J.P., Hurlbutt, Kehoe, Gorski and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KASSIE VAN EVERY, Also Known as LEE KARY, Also Known as ROCHELLE WILLIS, Appellant. (Appeal No. 2.) [758 NYS2d 892] —Appeal from a judgment of Supreme Court, Erie County (Forma, J.), entered July 20, 2000, convicting defendant upon her plea of guilty of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pine, J.P., Hurlbutt, Kehoe, Gorski and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT ROBERSON, JR., Appellant. SALLY B. JOHNSON, as Superintendent of Orleans Correctional Facility, et al., Respondents. [758 NYS2d 892] —Appeal from a judgment (denominated order) of Supreme Court, Orleans County (Punch, J.), entered December 10, 1999, which dismissed the petition for a writ of habeas corpus.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Orleans County, Punch, J. Present—Pine, J.P., Hurlbutt, Kehoe, Gorski and Hayes, JJ.